IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE GRESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-360-GPM |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY and PHILLIPS PETROLEUM COMPANY LONG-TERM DISABILITY INSURANCE PLAN, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on the parties' cross-motions for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (Doc. 43) is denied and Defendants' motion for summary judgment (Doc. 48) is granted. Judgment is entered in favor of Defendants, **METROPOLITAN LIFE INSURANCE COMPANY and PHILLIPS PETROLEUM COMPANY LONG-TERM DISABILITY INSURANCE PLAN**, and against Plaintiff, **CATHERINE GRESS**, and this action is dismissed **with prejudice.**

**DATED**: 12/04/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE